# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**STEPHEN BUSH,**

    **Petitioner,**

                                                                           **CASE NO. 2:18-CV-01107**
                                                                          **JUDGE GEORGE C. SMITH**

**v.**                                                                     **Magistrate Judge Jolson**

**WARDEN, BELMONT**
**CORRECTIONAL INSTITUTION,**

    **Respondent.**

## OPINION AND ORDER

On April 2, 2019, Judgment was entered dismissing the Petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. (ECF No. 9). The Court issued an Opinion and Order declining to issue a certificate of appealability, and certifying that the appeal would not be in good faith and that an application to proceed *in forma pauperis* on appeal should be denied. (ECF No. 8).

Therefore, Petitioner's Motion for Leave to Appeal *in forma pauperis* (ECF No. 11) and Motion for Certificate of Appealability (ECF No. 12) are **DENIED**.

**IT IS SO ORDERED.**

                                                                    */s/ George C. Smith*
                                                                    **GEORGE C. SMITH, JUDGE**
                                                                    **UNITED STATES DISTRICT COURT**